# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Gary Scott Settles

_____

(Full name of the Plaintiff(s) in this action)

v.

Kevin O. McKinney 6875

Steven W. Healey 2444

Brian Matthew Wright 6760

Chauncey T. Carthan 2591

Aaron Browning 7820

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. _3:12-cv-368-JGH
(To be supplied by the clerk)

( X ) DEMAND FOR JURY TRIAL

( _ ) NO JURY TRIAL DEMAND
(Check only one)

## I.  PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Gary Scott Settles

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 S. 6th Street, Louisville, KY 40202

Status of Plaintiff: CONVICTED ( X )  PRETRIAL DETAINEE ( X )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Kevin O. Mckinney 6875__ is employed as __Detective__ at __Louisville Metro Police Department__

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(2) Defendant __Steven W. Healey 2444__ is employed as __Detective__ at __Louisville Metro Police Department__

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant __Brian Matthew Wright 6760__ is employed as __Detective__ at __Louisville Metro Police Department__

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(4) Defendant __Chauncey T. Carthan 2591__ is employed as __Police Officer__ at __Louisville Metro Police Department__

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(5) Defendant __Aaron Browning 7820__ is employed as __Police Officer__ at __Louisville Metro Police Department__

The Defendant is being sued in his/her (X ) individual and/or ( X ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO ( X )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

(6) Defendant __Erin M. Redfield 8141__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(7) Defendant __Brian Sherrard 1158__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(8) Defendant __Michael Fowler 2128__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(9) Defendant __Andre Bottoms 2796__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(10) Defendant __J.T. Duncan 6144__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(11) Defendant __Andrew M. Eichberger 6840__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(12) Defendant __Antoine Frye 7579__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

3a

(13) Defendant __Lee__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(14) Defendant __William C. LeFlore 2062__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(15) Defendant __Barron Mourise Morgan 6906__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(16) Defendant __Keith Clifford Walz 7647__ is employed as __Police Officer__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(17) Defendant __Jimmy Harder 2752__ is employed as __Major__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(18) Defendant __Darron Stone 2769__ is employed as __Investigating Supervisor__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(19) Defendant __Richard Pearson 2843__ is employed as __Lieutenant__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(20) Defendant __Kenton Buckner 2913__ is employed as __Lieutenant__ at __Louisville Metro Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(21) Defendant __Greg Fischer__ is employed as __Mayor__ at __City of Louisville__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

(22) Defendant __Robert White__ is employed as __Chief of Police__ at __Denver Police Department__.

The Defendant is being sue in his/her ( X ) individual and/or ( X ) official capacity.

### III.  STATEMENT OF CLAIMS(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional rights(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I.  On 7/20/2011, I was being followed far too closely to be considered safe by a vehicle with his high beam headlights on, while riding my motorcycle.

I turned onto a side street in order to allow this reckless and dangerous motorist go on. He followed me. I then turned onto a dead end street in hopes the inconsiderate (and I thought possibly inebriated) tailgater might stop harassing me and go on his way. He continued to follow within inches, it seemed, of the rear of my motorcycle. This endangered not only myself, but also my passenger.

I decided to turn around at the cul-de-sac by maneuvering my motorcycle into a driveway and the person in the automobile continued to press upon me with complete disregard for traffic laws or the safety of others. I continued from this driveway onto a sidewalk and intended on reentering the roadway via the next driveway. Suddenly, vehicles began to appear, it seemed, from no where. They began to drive in yards. I attempted to avoid being run over. I was terrified for the safety both of my passenger and myself.

As I attempted to reenter the roadway, a vehicle came towards us and I had to make a split second decision. Either be run down head on, or lay the motorcycle down in the grass. I chose the safer of the two. My passenger and I were clear of the motorcycle before it slowly rolled into a utility pole and fell over.

The vehicles that could easily have killed either one or both of us on that motorcycle turned out to be unmarked police vehicles. There were no marked police vehicles and no blue lights or sirens were ever engaged.

The lack of MVS or so called 'dash cam' recordings, a statement from the passenger on the motorcycle, my affirmation of this fact and several witnesses on Stafford Avenue evidence this.

The actions of these poorly trained, undisciplined and reckless members of the Louisville Metropolitan Police Department clearly constitute violations of the Fourth Amendment Right to be Free from Unreasonable Seizures and the Eighth Amendment Right to be Free from Cruel and Unusual Punishment, among others.

4

II. Officers present and who witnessed the aforementioned use of deadly force which was unauthorized, unwarranted and maliciously inflicted, failed to intervene and further failed to report the statutory, procedural and constitutional violations of the officers who perpetrated this malicious and potentially deadly act. These officers are guilty of being, at least, deliberately indifferent concerning my maltreatment, if not actively participating. This violates, at a minimum of the Fourth and Eighth Amendment rights as described in the Constitution of the United States, as well as other applicable protections.

III. Following my having been nearly killed by these reckless persons who displayed wanton disregard for my safety, I was handcuffed and then struck in the left rear of my head, top (occiput) with an officer's pistol. I believe this officer to be identified as Louisville Metro Police Department employee, Kevin O. McKinney, Code #6875 (Defendant #1), who injured his own hand when illegally striking me in the head with a pistol while *concurrently screaming*, "Fleet Footed Mother Fucker". There are witnesses.

IV. McKinney (Defendant #1) later lied about the nature of his injuries, blaming my having resisted arrest for his injury, thereby making a false charge against me and at the same time defrauding tax payers and medical insurer for payment of medical expenses for his self-inflicted injury.

His behavior is shocking to the conscience, can not be in anyway considered to be objectively reasonable and constitutes protections of the Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution and other applicable sections.

V. I was then placed on hot asphalt, injured, under the exhaust of an idling, unmarked police vehicle where I was forced to remain, semi conscious, seemingly for an eternity, forced to breathe the exhaust . My eyes and skin burned terribly as well as my lungs. Officers intentionally placed my face under the exhaust with malicious intent and aforethought. This violates my rights to be free from Cruel and Unusual Punishment and my right to *Remain Free from Unreasonable Seizures as well as any other applicable* amendments.

VI. I was repeatedly cursed at, threatened and taunted by officers of the Louisville Metropolitan Police Department during the above described tailpipe torture. I was screamed at. Officers repeatedly screamed "Run bitch and I'll shoot you." "Run now bitch and I'll kill you." " You gotta work out if you gonna be a criminal." "Get up and run." "You are going to the feds now, you won't cook no more meth." etcetera. I was terrified and unable to defend myself in any way. I was placed in great fear of physical harm or death.

This is a violation of Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution, as well as other applicable amendments.

**VII.** Officers stood by and watched as other officers treated me as described above. Their deliberate indifference or actively covering up for their fellow officers is sadistic, malicious and violates constitution protections of citizens under the Fourth, Fifth, Eighth and Fourteenth Amendments.

**VIII.** After being physically, verbally, and mentally abused for a seeming eternity, gagging on exhaust fumes, I was transported to University Hospital by ambulance. EMS records show that I was unconscious and unresponsive upon their arrival, secondary police abuse. The violations at University Hospital took place on both 7/20/2011 and 7/21/2011 at University Hospital. I underwent triage, and a CT scan, as well as blood work, urinalysis, etc.

Oxygen was administered by EMS/hospital staff. I endured a nurse fingering my rectum as she said, "This will make him talk.", as police looked on. A catheter was administered. This was all very painful and degrading. I was too terrified to move or resist and I was still too shocked to bring my mouth to speak.

A medical staff member, presumably a doctor, stated to an unknown black, male detective present that my wound required staples. He stated to her "He's fine, he does not need staples." I was never given the indicated medical treatment, due to the interference of an LMPD officer. The discharge papers I possess from University Hospital show that staples/sutures were administered. The huge, ugly scar on my head reveals otherwise.

This officer's actions constitute clearly, violations of Constitutional Amendments Four, Five, Eight and Fourteen, as well as any otherwise applicable.

**IX.** Officers lied to Emergency Medical Service personnel as well as University Hospital personnel about the origin of my injuries. This interfered with proper triage process and medical treatment. Head injury inflicted from such a vicious blow could be fatal. Police lying to medical personnel further endangered my life. Records from Louisville Emergency Service, University Hospital and LMPD Administrative Incident Reports all contain different versions of my head injury. This evidences officers' lies. An eyewitness account of my being struck with a pistol also exists. This intentional interference with medical treatment has resulted in permanent injury and violates prohibitions against Cruel and Unusual Punishment and other applicable Constitutional protections, including the Fourth and Fourteenth Amendments.

**X.** Police knowingly and willfully conducted an illegal search of a residence at 2309 Dexter Street, Louisville, KY 40216 on 7/20/2011 and perhaps into 7/21/2011 (it is yet unclear). Police did not obtain a search warrant, nor did they obtain a valid consent to search. No consent to search form was completed in evidence of this. Police state that they had 2309 Dexter Street under surveillance, therefore ample time to legally secure a warrant existed. Police intentionally violated the Sixth Amendment to Remain Free of Unreasonable Searches and Seizures.

XI. Police knowingly brought false charges against me in that I am charged with fleeing and eluding and wanton endangerment. I did not flee from any person identifiable as a police officer, or who had given me any recognizable direction to stop. In America, lights and sirens are engaged in order to alert a citizen to stop their vehicle. This did not take place. There was no pursuit. Officers made these false allegations knowingly and willfully with malicious intent and murder to deprive me of my Constitutional right to Liberty, as well as other applicable rights.

XII. Police officers knowingly and willfully with intentions of depriving me of my liberty interests made a false charge of resisting arrest - witnesses exist that verify that I did <u>NOT</u> resist arrest.

XIII. Police officers knowingly made false allegations that I possess a machine gun and a silencer. Any person with even the most basic training in the safe use of, handling of, or identification of firearms or common so called "street weaponry" would immediately recognize a barrel extension as a Class II NFA device, not a Class III which would bear the name and place of manufacture, a serial number and the caliber of weapon for which it was designed. The pistol seized was obviously not a machine gun and has never been sold in a fully automatic configuration.

Police either knowingly made these ludicrous allegations in order to increase my bond, thereby depriving me of liberty or to gain the attention of federal authority in hopes to increase legal penalties. OR police made these absolutely ridiculous claims out of ignorance due to lack of proper training, still wrongfully depriving me of liberty, interests protected by the Constitution. These violations certainly qualify as Due Process of Law infringements, as well as any other applicable protection.

XIV. Police seized my leather jacket, work boots and $161.00 United States currency as well as personal papers, depriving me of the use thereof. Officers were aware that these items were in no way related to or evidence of any of the alleged offenses and seized them out of sheer malice. This violates Fourth Amendment rights to Remain Free from Unreasonable Seizures.

XV. It is impossible, at this time, to state exactly how each defendant violated my rights. Discovery will be necessary, as well as investigation not available to me currently as I am a prisoner. Officers involved in this were plainly clothed, not wearing any visible badges or identification. The officers names appearing in the 'doctored' Administrative Incident Report were incomplete and lacked code numbers as required. Obviously another method employed as a matter of course by the L.M.P.D. in order to hinder investigations by their victims. This violates Due Process of Law requirements of the Constitution.

XVI. In summary, all involved officers, detectives, their immediate supervisors (Defendants #17, 18, 19 and 20), the Former Chief of Police (Defendant #22) and the Mayor of the city of Louisville (Defendant #21) are responsible.

Supervisors, it is clear, maintain a policy of cover up actions of their officers. Officers involved in the aforementioned Constitutional behavior have previously committed similar violations and have not been properly disciplined. This is evidenced by personnel files I have personally reviewed.

The involved officers are obviously improperly trained. Their actions were malicious and sadistic, as well as dishonest and dishonorable. The exhibited behavior can, in no way, be construed as "de minimis use of force" or as having been objectively reasonable, in fact their actions have brought about substantial harm in the form of physical and psychological injury and was clearly unreasonable.

**XVII.** All persons in supervisory capacity (Defendants #17, 18, 19 and 20) whether directly or indirectly on 7/20/2011 and 7/21/2011 as well as field training officers responsible for training those persons, the Police Chief (Defendant #22), his Assistant Chief and the department generally, as well as Louisville Metro Government and its Mayor (Defendant #21) are guilty of deliberate indifference, etc. They are parties to the violations of my Fourth, Fifth, Sixth, Eighth and Fourteenth Amendment rights as well as other applicable protections.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $1,500,000.00

_____ grant injunctive relief by_____

__X__ award punitive damages in the amount of $1,500,000.00

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 29rd day of June, 2012.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on June 29 2012.

_____
(Signature)

6



GARY SETI
CIN #335850
LOUISVILLE METRO DEPT. OF CORRECTIONS
400 S. 6TH STREET
LOUISVILLE, KY 40202

U.S. DISTRICT COURT
601 W. BROADWAY
ROOM 106
LOUISVILLE, KY 40202



